**Angel Ortiz DIAMOND, Plaintiff-Appellant,**

v.

**CITY OF LOS ANGELES; et al., Defendants-Appellees.**

No. 16-56036

United States Court of Appeals, Ninth Circuit.

Submitted September 26, 2017 *

Filed November 1, 2017

Angel Ortiz Diamond, Pro Se

Paul L. Winnemore, Los Angeles City Attorney's Office, Los Angeles, CA, for Defendant-Appellee

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Angel Ortiz Diamond appeals pro se from the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging constitutional violations. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion dismissal of an action as duplicative. *Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007), *overruled on other grounds by Taylor v. Sturgell*, 553 U.S. 880, 904, 128 S.Ct. 2161, 171 L.Ed.2d 155 (2008). We affirm.

The district court did not abuse its discretion by dismissing Diamond's action against the City of Los Angeles because the instant action is duplicative of Diamond's earlier action against the City of Los Angeles in the same district court. *See id.* at 688-89 (explaining that an action is duplicative if "the causes of action and relief sought, as well as the parties ... to the action are the same" and setting forth criteria for the "transaction test" to determine whether the causes of action are the same (citations omitted)).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

Diamond's request to consolidate appeals, set forth in his opening brief, is denied.

All pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

